IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AVIS RENT A CAR SYSTEM, et al., :

        Plaintiffs,

vs.   :  Case No. 3:12cv399

CITY OF DAYTON, OHIO,   :  JUDGE WALTER H. RICE

        Defendant.

---

ENTERPRISE RAC COMPANY OF
CINCINNATI, LLC dba ENTERPRISE
RENT-A-CAR, et al.   :

        Plaintiffs,   :

vs.   Case No. 3:12cv405

  :

CITY OF DAYTON, OHIO,   JUDGE WALTER H. RICE

  :

        Defendant.

---

ENTRY SETTING HEARING ON PLAINTIFFS' REQUEST FOR
PRELIMINARY INJUNCTIVE RELIEF; DISCOVERY STATUS; DATE SET
FOR COURT TO BE NOTIFIED ON SPECIFIC MATTER

---

During a telephone conference call, had between Court and counsel on December 10, 2012, an oral (and perhaps evidentiary) hearing on the Plaintiffs' Motion for Preliminary Injunction will take place beginning at 9:00 a.m. on Thursday, February 21, 2013.

Not later than the close of business on Thursday, February 7, 2013, counsel will notify the

Court as to whether the hearing on February 21st will be oral and evidentiary or, in the alternative, will be submitted on stipulations and briefing. If the former, the Court will arrange a telephone conference call prior to said hearing February 21st.

During the December 10, 2012, telephone conference call, the parties indicated that they had set a mutually agreeable discovery plan and schedule.

December 13, 2012

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record