IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AVIS RENT A CAR SYSTEM, et al.,   :

        Plaintiffs,

vs.   :   Case No. 3:12cv399

CITY OF DAYTON, OHIO,   :   JUDGE WALTER H. RICE

        Defendant.

---

ENTERPRISE RAC COMPANY OF
CINCINNATI, LLC dba ENTERPRISE
RENT-A-CAR, et al.   :

        Plaintiffs,   :

vs.   :   Case No. 3:12cv405

CITY OF DAYTON, OHIO,   :   JUDGE WALTER H. RICE

        Defendant.   :

---

ENTRY SETTING TRIAL DATE AND OTHER DATES

---

On March 25, 2013, the Court convened a telephone conference call with counsel, the Court having been advised that the provisional date of July 22, 2013, for hearing on the merits would not work due to the inability to attend of a crucial witness for the Plaintiff Enterprise. Accordingly, trial upon the merits, before the Court sitting as the trier of fact, the oral and evidentiary hearing on the Plaintiffs' Motion for Preliminary Injunctive Relief having been

consolidated with trial upon the merits, will begin at 9:00 a.m. on Tuesday, July 30, 2013. The trial will be ongoing during July 31st, August 1st and 2nd. The Court will do all it can to conclude the merits hearing by the close of business on August 2nd. If that does not prove practicable, the record will be kept open and the Court and counsel will confer on a regular basis to find the time to finish the merits hearing.

The final pretrial conference in the captioned cause will be convened by the Court, by conference call telephone communication, beginning at 5:00 p.m. on Tuesday, July 16, 2013. A jointly prepared final pretrial order must be filed with the Court not later than the close of business on Tuesday, July 9, 2013. All pretrial motions, such as motions in limine, etc., must be filed with the Court not later than the close of business on Tuesday, July 2, 2013. All exhibits must be exchanged by and between counsel, not later than the close of business on Friday, July 5, 2013.

April 10, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record