## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **AVIS RENT A CAR SYSTEM, LLC** | * | **CASE NO. 3:12 cv 00399** |
| **Plaintiff** | | Judge Walter H. Rice |
| V. | * | |
| **CITY OF DAYTON, OHIO** | | |
| **Defendant** | * | |

| | | |
|---|---|---|
| **ENTERPRISE RAC COMPANY OF CINCINNATI, LLC DBA ENTERPRISE RENT-A-CAR, et al.** | * | **CASE NO. 3:12 cv 00405** |
| | | Judge Walter H. Rice |
| **Plaintiff** | * | |
| V. | | |
| **CITY OF DAYTON, OHIO** | * | |
| **Defendant** | | |

### ORDER TO FILE DEPOSITIONS UNDER SEAL

It is hereby ORDERED AND ADJUDGED, pursuant to S.D. Ohio Civ. R. 79.3 and the parties Agreed Protective Order *(Doc 20, Case No. 3:12 cv 00399 and Doc 22, Case No. 3:12 cv 00405)*, that the deposition transcripts of Michael Filomena, Barbara Mathey and Kurt Schwager will be filed under seal.

Plaintiffs have designated the following portions of the referenced depositions as CONFIDENTIAL-ATTORNEY EYES ONLY:

- 2 -

Michael Filomena: Pages 89:12-95:13

Barbara Mathey: Pages 104:14-106:1

Kurt Schwager: Pages 17:23-25:1; 29:23-30:2; 32:22-37:1; 40:21-41:10; 44:18-45:19; 46:3-59:16; 71:15-72:12; 75:15-76:6; 77:22-78:25; 80:1-85:9; 86:11-19; 122:14-123:21. Additionally, Enterprise designates as "Confidential—Attorney's Eyes Only" Exhibit FF from Schwager's deposition.

*[signature]*
HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE

FREUND, FREEZE & ARNOLD
A Legal Professional Association